IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMARA L. BRANNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:21-cv-00360 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the magistrate judge's Report and Recommendation ("R&R") from January 17, 2024 (Doc. No. 35). The R&R recommends that the Court grant Plaintiff's motion for attorney's fees (Doc. No. 31). Defendant did not oppose the motion, and Defendant likewise has not filed any opposition to the R&R.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a de novo or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

Accordingly, the R&R (Doc. No. 35) is adopted as unopposed, and the motion at Doc. No. 31 is GRANTED. Plaintiff is awarded attorney's fees in the amount of $4,618.65, payable to Plaintiff and subject to offset to satisfy any preexisting debt Plaintiff owes to the United States.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE